UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLUMBIA RIVERKEEPER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES BUREAU OF RECLAMATION and ESTEVAN LOPEZ, in his official capacity as the Commissioner of the United States Bureau of Reclamation,<br><br>　　　　　　　　Defendants. | NO: 2:16-CV-236-RMP<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE |

The Court, having considered the Joint Motion for Dismissal without Prejudice ("Joint Motion"), and for good cause shown, hereby **GRANTS ECF No. 15**, Joint Motion to Dismiss Without Prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. Subject to and in accordance with the terms and conditions of the Settlement Agreement attached to ECF No. 15, this case is dismissed without prejudice; and

ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE ~ 1

2. Subject to and in accordance with Section IV, paragraph 9(b) of the above-referenced Settlement Agreement, this Court shall retain jurisdiction over this case for the purpose of resolving those disputes for which Plaintiff Columbia Riverkeeper or Defendants the United States Bureau of Reclamation and its Commissioner may petition the Court.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 26, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE ~ 2